UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRICE,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY VALENZUELA,<br><br>    Defendant. | Case No. 25-cv-07635-HSG<br><br>**ORDER OF DISMISSAL** |

On September 8, 2025, Plaintiff filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Dkt. No. 1.  That same day, the Court informed Plaintiff that his *in forma pauperis* application was deficient because he had not submitted the proper form.  Dkt. No. 2.  The Court ordered Plaintiff to correct this deficiency by October 6, 2025, and sent Plaintiff a blank *in forma pauperis* application form.  *Id*.  The deadline has passed and Plaintiff has not filed the correct *in forma pauperis* application.  Accordingly, this action is DISMISSED.  The dismissal is without prejudice to filing a motion to reopen, accompanied by a complete and correct *in forma pauperis* application, and explaining why Plaintiff failed to timely file an *in forma pauperis* application.  Judgment is entered against Plaintiff and in favor of Defendant.  The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated:   12/11/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge